No. 271. INTERNATIONAL UNION, UNITED AUTOMO-
BILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS
OF AMERICA, UAW, AFL–CIO, ET AL. *v.* NATIONAL LABOR
RELATIONS BOARD ET AL. C. A. 3d Cir. Certiorari de-
nied. *Lowell Goerlich* and *Ernest S. Wilson, Jr.* for peti-
tioners. *Solicitor General Cox, Dominick L. Manoli* and
*Norton J. Come* for the National Labor Relations Board,
and *William J. Curtin, Robert H. Kleeb, Arthur J. Kania*
and *Robert P. Garbarino* for Piasecki Aircraft Corp.,
respondents.

No. 272. RIPPLE SOLE CORP. *v.* AMERICAN BILTRITE-
RUBBER CO., INC. C. A. 1st Cir. Certiorari denied.
*Edwin J. Balluff, Warren C. Horton* and *Irving U. Town-
send, Jr.* for petitioner. *Melvin R. Jenney* and *Richard
R. Hildreth* for respondent.

No. 279. LEE-ROWAN CO. *v.* NATIONAL LABOR RELA-
TIONS BOARD. C. A. 8th Cir. Certiorari denied. *Ed-
monstone F. Thompson* and *Richard D. Shewmaker* for
petitioner. *Solicitor General Cox, Dominick L. Manoli*
and *Norton J. Come* for respondent.

No. 280. TOLLIVER *v.* UNITED STATES. C. A. 6th Cir.
Certiorari denied. *Ralph A. McAllister* for petitioner.
*Solicitor General Cox, Assistant Attorney General Miller,
Beatrice Rosenberg* and *Jerome Nelson* for the United
States.

No. 289. MISHKIN *v.* UNITED STATES. C. A. 2d Cir.
Certiorari denied. *Maurice Edelbaum* for petitioner.
*Solicitor General Cox, Assistant Attorney General Miller,
Beatrice Rosenberg* and *Sidney M. Glazer* for the United
States.